IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.      1:24-CR-356-AMN |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **KRISTIN KEEBLE, aka "Betty Belk,"** | ) | Violation:      18 U.S.C. § 875(c) |
| | ) | [Interstate Communication of |
| | ) | Threat to Injure] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:    Greene |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Nov 08 - 2024**

John M. Domurad, Clerk

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Interstate Communication of Threat to Injure]

On or about October 26, 2023, in Greene County, in the Northern District of New York, and elsewhere, the defendant, **KRISTIN KEEBLE, aka "Betty Belk,"** knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, the defendant sent a Facebook audio message threatening to injure and kill S.B., in violation of Title 18, United States Code, Section 875(c).

Dated: November 8, 2024

CARLA B. FREEDMAN
United States Attorney

By:  _____
Alexander Wentworth-Ping
Assistant United States Attorney
Bar Roll No. 701897