# UNITED STATES DISTRICT COURT
## Northern District of New York

**UNITED STATES of AMERICA**

               V.                      Case Number: 1:24-CR-356 (AMN)

**KRISTIN KEEBLE**
  a/k/a Betty Belk

## MODIFICATION of CONDITIONS of RELEASE

    IT IS ORDERED that, based upon the recommendation by the U.S Probation Office and having heard no objection by the Government or defense counsel during the proceeding held on November 8, 2024, the conditions of release imposed by the District of South Carolina and adopted in this Court by Magistrate Judge Christian F. Hummel on March 15, 2024 are MODIFIED to INCLUDE the following conditions:

        1) Submit to a mental health evaluation and/or treatment as approved by Pretrial Services or the Court; and

        2) The Defendant must contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount deemed reasonable according to the sliding scale co-payment schedule approved by the Court and utilized by Pretrial Services. The Defendant must also cooperate with securing any available third party payments as directed.

    IT IS FURTHER ORDERED that all other conditions of release previously set remain in full force and effect.

**IT IS SO ORDERED**

Date: <u>November 12, 2024</u>

_____
Anne M. Nardacci
U.S. District Judge